# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director*
*and Attorney-in-Chief*



Susanne Brody
*Attorney-in-Charge*
*White Plains*

November 15, 2019

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

**Re:  United States v. Messiah Anderson**
      **19 Cr. 81 (KMK)**

Dear Judge Karas:

    I write with the consent of Pretrial Services and the Government to respectfully request that the Court modify Mr. Messiah Anderson's pretrial release conditions to remove the condition of home detention with electronic monitoring.

    On February 8, 2019, Magistrate Judge Judith C. McCarthy imposed the following bail conditions: a $150,000 personal recognizance bond cosigned by two financially responsible people and Mr. Anderson's mother for moral sussion purposes; travel limited to SDNY/EDNY; surrender travel documents and no new applications; strict pretrial supervision; drug testing/treatment; home detention; and electronic monitoring. On February 11, 2019 Mr. Anderson secured all required signatures and met all remaining bail conditions.

    In the past nine months Mr. Anderson has adhered to his bail conditions. I have spoken with Assistant United States Attorney Lindsey Keenan on behalf of the Government, and she consents this request. United States Pretrial Officer John Moscato also consents.

    Thank you for your consideration of this matter

Respectfully submitted,

/s/Mark Gombiner
Mark Gombiner, Esq.
Assistant Federal Defender
(212) 417-8718

**SO ORDERED:**

**HONORABLE KENNETH M. KARAS**
**United States District Judge**  11/18/15

cc:    AUSA Lindsey Keenan (by ECF)
      US PTSO John Moscato (by email)