**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 29, 2020

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Messiah Anderson**
      **19 Cr. 81 (KMK)**

Your Honor:

   With the consent of the government, I am requesting that the sentencing for Mr. Anderson, currently scheduled for May 6, 2020, be adjourned until such time as all parties may be personally present for the proceeding.

   If it convenient for the Court, I would suggest that a sentencing date in mid to late June would be appropriate.

   Thank you for your consideration of this request.

Respectfully submitted,
s/
Mark B. Gombiner
Attorney for Messiah Anderson

Cc: AUSA Lindsey Keenan

*Granted. The sentence will go forward on 6/25/20 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/29/20