# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

June 12, 2020

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Messiah Anderson**
     **19 Cr. 81 (KMK)**

Your Honor:

With the consent of the government, I am requesting that the sentencing for Mr. Anderson, currently scheduled for June 25, 2020, be adjourned until such time as all parties may be personally present for the proceeding.

I would suggest a date that is near the time when it is anticipated that the courts will re-open for in-person proceedings.

Thank you for your consideration of this request.

Respectfully submitted,
s/
Mark B. Gombiner
Attorney for Messiah Anderson

Cc: AUSA Lindsey Keenan

*Granted. The sentence will go forward on 9/15/2020 at 11:00 AM.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/16/2020